AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

DOUGLAS BARNES and LORNA JOHNSON,
        Plaintiffs,

v.

MBNA AMERICA BANK, N.A. and various JOHN AND JANE DOES,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-352-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Plaintiffs' Motion for Summary Judgment is DENIED. Defendants' Motion for Summary Judgment is GRANTED.  Complaint and claims are DISMISSED WITH PREJUDICE without leave to amend.

8/17/07
*Date*

JAMES R. LARSEN
*Clerk*
s/ Renea Ferrante
*(By) Deputy Clerk*
Renea Ferrante